[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 15, 2011
JOHN LEY
CLERK

No. 11-12228
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-00255-DHB-WLB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEMETRICE ANTOINE MCBRIDE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 15, 2011)

Before CARNES, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Mark Wilhelmi, appointed counsel for Demetrice McBride in this direct
criminal appeal, has moved to withdraw from further representation of the
appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McBride's conviction and sentence are **AFFIRMED**.